UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| SAMUEL ACOSTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12 1723 |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*,) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in *Acosta v. Federal Bureau of Investigation*, No. 12-1578 (JEB), and it will be dismissed as duplicative.

An Order consistent with this Memorandum Opinion is issued separately on this same date.

/s/ Reggie B. Walton
United States District Judge

DATE: October 15, 2012